**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000364
12-FEB-2026
07:50 AM
Dkt. 121 ODMR**

NO. CAAP-24-0000364

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
BRANDON GONZAGA, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-20-0000653)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Defendant-Appellant Brandon **Gonzaga'**s February 6, 2026 Motion for Reconsideration, the papers in support, and the record, it appears that Gonzaga failed to demonstrate this court overlooked or misapprehended any points of law or fact in the January 27, 2026 Summary Disposition Order affirming the Circuit Court of the Second

Circuit's April 11, 2024 Judgment of Conviction and Sentence.

See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, February 12, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge